CARMEN TRUTANICH, City Attorney (SBN 86629)
GARY G. GEUSS, Chief Assistant City Attorney (SBN 128022)
DANIEL P. AGUILERA, Deputy City Attorney (SBN 108159)
BETH D. CORRIEA, Deputy City Attorney (SBN 210455)
200 North Main Street,
700 City Hall East
Los Angeles, California  90012
Telephone No. (213) 978-8291
Facsimile No. (213) 978-8216
beth.orellana@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, et al.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HATFIELD, | CASE NO:. CV 06 4865 GAF (JCGx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

# JUDGMENT

On February 14, 2011, having considered the parties' submissions and argument by counsel for the parties, this Court granted summary judgment as to all claims in favor of Defendants City of Los Angeles and William Bratton and against Plaintiff John Hatfield.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Plaintiff John Hatfield shall take nothing on his Complaint in this action and that judgment is hereby entered in favor of Defendants City of Los Angeles and William Bratton.  Further, that Defendants City of Los Angeles and William Bratton shall recover from Plaintiff John Hatfield costs of suit in the sum of $ _____.

DATED: March 23, 2011     _____
                          THE HONORABLE GARY A. FEESS
                          UNITED STATES DISTRICT JUDGE